IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DARRELL RAY HENRY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:05-CV-375-T |
| | ) | WO |
| COVINGTON COUNTY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On May 10, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge which is hereby ADOPTED, it is

ORDERED that this case is dismissed with prejudice prior to service of process pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B).

DONE, this the 27th day of May, 2005.

                                                  /s/ Myron H. Thompson
                                          UNITED STATES DISTRICT JUDGE